others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 1133.

In re WALTON AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Walton Avenue in the City of New York. J. J. Kearney, for appellant. B. Trapnel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WARD et al., Appellants, v. WARD et al., Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Charles M. Ward and others, as administrators, etc., against Maria E. G. McK. Ward and others. H. M. Ward, for appellants. W. G. Wilson, for respondents. Order affirmed with $10 costs and disbursements. Order filed. See, also, 133 App. Div. 73, 117 N. Y. Supp. 697.

WATERMAN BLDG. CO. v. ROSE. (Supreme Court, Appellate Term. June 29, 1911.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by the Waterman Building Company against Samuel B. Rose. From an order denying a motion to vacate an attachment, defendant appeals. Reversed. Walter E. Godfrey, for appellant. Watson & Raymond, for respondent.

PER CURIAM. The allegations in the affidavits upon which the warrant of attachment was granted are wholly insufficient, and the motion to vacate the same should have been granted. Order reversed, with costs, and motion to vacate attachment granted.

WEEKS, Appellant, v. NEW YORK, W. & B. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Selina Weeks against the New York, Westchester & Boston Railway Company. No opinion. Motion denied, with $10 costs. See, also, 129 N. Y. Supp. 888.

In re WEIHER COURT. (Supreme Court, Appellate Division, First Department. July 7, 1911.) In the matter of the Weiher Court, etc. W. F. Burrough, for appellant. J. J. Squier, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

In re WEST 177th ST. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of West 177th Street. S. J. Benson, for appellant. H. C. Smith, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on prevailing opinion on former appeal, 135 App. Div. 520, 120 N. Y. Supp. 354. Order filed.

INGRAHAM, P. J., dissents, on dissenting opinion of Houghton, J., on former appeal.

WHALEN et al., Appellants, v. TALCOTT, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by John W. Whalen, and others against James Talcott, impleaded with others. W. B. Crisp, for appellants. A. C. Rounds, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WHIDBEE, Appellant, v. FOSTER PUMP WORKS et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Frank J. Whidbee against the Foster Pump Works and others. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 128 N. Y. Supp. 1150.

WHITE et al., Appellants, v. WATERS, Respondent. (Supreme Court, Appellate Division, First Department. June 16, 1911.) Action by James H. White and another against Percival L. Waters. S. Bacon, for appellants. A. G. Fox, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WICKHILLER v. INTERBORO RAPID TRANSIT CO. et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Appeal from Trial Term, New York County. Action by Conrad Wickhiller against the Interboro Rapid Transit Company and another. From a judgment awarding injunction and damages, defendants appeal. Modified and affirmed. J. O. Nichols, for appellants. Banton Moore, for respondent.

PER CURIAM. On an examination of the facts of this case we are satisfied that the rental damage should be restricted to a period subsequent to the opening to the public of the subway, viz., June 10, 1905. The judgment is therefore modified, by striking out the allowance for rental damage prior to that date, and, as modified, affirmed, without costs.

WIENER v. WIENER. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Joseph Wiener against Sadie Wiener. No opinion. Motion granted. Order filed. See, also, 139 App. Div. 903, 123 N. Y. Supp. 1149.

In re WILCOX. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) In the matter of the petition of Oressa Stewart Wilcox for an accounting and judicial settlement of the accounts of Jay Conger and others, as executors and testamentary trustees of and under the last will and testament of Frank Conger, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

In re WILCOX. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of the application of Charles F. Wilcox for admission to the bar. No opinion. Application granted.